**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 00-7263**

————————————

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

TERRY LEE ROBINSON,

                                        Defendant - Appellant.

————————————

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. William L. Osteen, District Judge, sitting by designation. (CR-90-215-A, CA-97-122-1)

————————————

Submitted: April 30, 2001                Decided: May 16, 2001

————————————

Before WIDENER, NIEMEYER, and LUTTIG, Circuit Judges.

————————————

Dismissed by unpublished per curiam opinion.

————————————

Terry Lee Robinson, Appellant Pro Se. Jerry Wayne Miller, United States Attorney, Asheville, North Carolina; Brian Lee Whisler, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

————————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Terry Lee Robinson seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court.[*] United States v. Robinson, Nos. CR-90-215-A; CA-97-122-1 (W.D.N.C. filed July 5, 2000; entered July 7, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Robinson alleges for the first time in his informal brief filed in this court that his sentence is illegal under Apprendi v. New Jersey, 530 U.S. 466 (2000). We recently held in United States v. Sanders, ___ F.3d ___, 2001 WL 369719 (4th Cir. Apr. 13, 2001) (No. 00-6281), that the new rule announced in Apprendi is not retroactively applicable to cases on collateral review. Accordingly, Robinson's Apprendi claim is not cognizable.

2